[No. 3476.]

## WILSON v. FAQUA.

APPEALS—*Dismissal.* An appeal taken where no appeal lay dismissed without prejudice.

*Appeal from Weld County Court.* HON. G. H. BRADFIELD, Judge.

Messrs. NIXON & MANN, for appellant.

Mr. C. D. TODD, for appellee.

*Per Curiam.*—This is an appeal from the county court of Weld county, and from a judgment there-

in rendered in the sum of ten dollars and costs in favor of appellee. It was a suit on account for professional services.

The case is one which may not be appealed in that it does not involve a judgment of five hundred dollars exclusive of costs.

The appeal is therefore dismissed, without prejudice.                                    *Per Curiam.*